LAURA E. DUFFY
United States Attorney
EMILY W. ALLEN
Assistant U.S. Attorneys
California State Bar Nos. 234961
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9738
Fax: (619) 546-0450
Email: emily.allen@usdoj.gov

Attorneys for Plaintiff
United States of America



FILED
JUL 1 5 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>ROBERT MORENO,<br><br>                    Defendant. | Case No. '14MJ2438<br><br>MOTION TO SEAL<br><br>(FILED UNDER SEAL) |

The UNITED STATES OF AMERICA, by and through its counsel, LAURA E. DUFFY, United States Attorney, and Emily W. Allen, Special Assistant United States Attorney, hereby moves to file the Complaint, Probable Cause Statement, Arrest Warrant, and related materials under seal.

This case is the result of an ongoing criminal investigation, nearly every aspect of which is described in detail in the Probable Cause Statement. As set forth there, federal investigators have interviewed a number of subjects and other individuals, and have gained cooperation from many of them. The identities of those

individuals will be readily apparent to their co-conspirators and co-defendants.

As part of the ongoing investigation, federal agents are continuing to engage in covert investigative techniques, including monitored telephone calls, meetings, and other sensitive activities. The targets are unaware of the scope of the investigation. Moreover, some of the targets are unaware of the existence of the investigation. Accordingly, the release of information contained in the Probable Cause Statement could jeopardize those efforts and cause concern for the safety of the individuals who are cooperating.

The defendant, who lives near Phoenix, Arizona, has not yet been located for arrest. Recent information obtained by federal agents suggests that he may have traveled to San Diego on or around July 14, 2014. If the defendant were alerted in advance to the existence of the Arrest Warrant and content of the Complaint, he may take steps to evade arrest, destroy evidence, or transfer illegally-obtained funds out of reach of federal agents.

Accordingly, the United States respectfully requests that the Complaint, Probable Cause Statement, and related materials be filed under seal.

Dated July 15, 2014         Respectfully submitted,

_____
Emily W. Allen
Special Assistant U. S. Attorney

2