UNSEALED
7/16/14

**FILED**
JUL 15 2014

ORIGINAL

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '14MJ2438 |
| Plaintiff, | ORDER TO SEAL |
| v. | (FILED UNDER SEAL) |
| ROBERT MORENO, | |
| Defendant. | |

For the reasons set forth in the Motion to Seal, it is hereby ordered that the Complaint, Probable Cause Statement, Arrest Warrant, and related materials shall be filed under seal.

IT IS SO ORDERED.

DATED: 7/15/14

HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE