**JOHN C. LEMON**
California Bar No. 175847
**LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
San Diego, California  92101
(619) 794-0423
john@jcl-lawoffice.com

Attorney for Mr. Moreno

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MITCHELL D. DEMBIN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                 Plaintiff,                     )<br>                                                          )<br>         v.                                          )<br>                                                          )<br>**ROBERT MORENO,**                  )<br>                                                          )<br>                 Defendant.                 )<br>_____) | Criminal No. 14mj2438-MDD<br><br>ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

Upon motion of Defendant Robert Moreno, the government having no opposition, and good cause having been shown, **IT IS HEREBY ORDERED THAT:**

The conditions of Mr. Moreno's pretrial release are modified to permit travel to and within the Central District of California through August 31, 2014.

**SO ORDERED.**

Dated: 7/29/14

_____
HONORABLE MITCHELL D. DEMBIN
United States Magistrate Judge