

```
 1 | LAURA E. DUFFY
   | United States Attorney
 2 | EMILY W. ALLEN
   | Special Assistant U.S. Attorney
 3 | California Bar No. 234961
   | Federal Office Building
 4 | 880 Front Street, Room 6293
   | San Diego, California 92101-8893
 5 | Telephone: (619) 546-9738
   | Email: emily.allen@usdoj.gov
 6 |
   | Attorneys for United States of America
 7 |
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14cr2277-BEN |
|---|---|
| Plaintiff, | |
| v. | |
| ROBERT MORENO, | INFORMATION |
| Defendant. | |

The United States Attorney charges, at all times material:

INTRODUCTORY ALLEGATIONS

1. From at least approximately December 2011, until at least approximately April 2012 (the "relevant period"), Defendant ROBERT MORENO ("Defendant") was employed at GMAC Mortgage, LLC ("GMAC"), a mortgage lending institution. As part of his duties, Defendant solicited buyers to purchase distressed or non-performing mortgage notes from GMAC, including notes secured by second deeds of trust on real property.

2. During the relevant period, I.H. owned and operated investment companies, located in San Diego, within the Southern District of California, that purchased distressed or non-performing mortgage notes from lending institutions, including GMAC, at heavily discounted prices. One of these investment companies I.H. operated was known as "Ocean 18, LLC."

3. During the relevant period, GMAC was a financial institution the deposits of which were insured by the Federal Deposit Insurance Corporation.

## COUNT ONE

## 18 U.S.C. § 215

## (BANK BRIBERY)

4. Paragraphs 1 through 3 are realleged and incorporated by reference herein.

5. In or around December 2011, in the Southern District of California and elsewhere, defendant ROBERT MORENO, an employee of GMAC, corruptly solicited and accepted things of value greater than $1,000 with the intent to be influenced and rewarded in connection with a business and transaction of GMAC, in that MORENO accepted a check in the amount of $16,149 from Ocean 18, LLC with the intent to be influenced and rewarded in his decision to steer the sale of mortgage notes from GMAC to I.H.

//
//

1  (All in violation of Title 18, United States Code, Section
2  215.)

5  DATED: 7/30/14

LAURA E. DUFFY
United States Attorney

EMILY W. ALLEN
Special Assistant U.S. Attorney