O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF California

FILED
AUG 1 4 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ROBERT MORENO | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: ~~14MJ2436~~ 14CV2277-BEN |

I, Robert Moreno, the above named defendant, who is accused of Bank Bribery, in violation of 18 U.S.C. s. 215,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/14/14__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer