AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

**ROBERT MORENO**

CASE NUMBER: __14CR2277-BEN__

I, _____**ROBERT MORENO**_____, the above named defendant, who is accused of

**FILED**
OCT 09 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____Cp_____ DEPUTY

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____**October 9, 2014**_____ prosecution by indictment and consent that the pro-
_Date_

ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
_Judge_

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd