```
```

FILED
15 FEB -9 PM 12:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
acc DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MORENO,<br><br>Defendant. | Case No. 14cr2277-BEN<br><br>AMENDED PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
|---|---|

On January 15, 2015, this Court entered a Preliminary Order of Criminal Forfeiture in this case, based on the plea and forfeiture addendum of Defendant ROBERT MORENO ("Defendant"), which included forfeiture of certain property pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2) and Title 28, United States Code, Section 2461(c), as property constituting, or derived from, proceeds traceable to the offense, and any property traceable to such property, as charged in the Superseding Information. The Order stated that and all right, title and interest of Defendant in a certain real property, located at 120 East Rio Salado Parkway, Unit 402, Tempe, Arizona 85281-9119, were forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n). The Order further authorized the United States to take control of said real property.

//

1 After the filing of the Preliminary Order of Criminal Forfeiture, it came to the attention of the United States that the legal description of the real property in the Preliminary Order was incomplete. The purpose of this Amended Preliminary Order is to correct the legal description for 120 East Rio Salado Parkway, Unit 402, Tempe, Arizona 85281-9119, which is as follows:

ASSESSORS PARCEL NO. 132-20-042

UNIT 4-02, EDGEWATER AT HAYDEN FERRY LAKESIDE, A CONDOMINIUM, ACCORDING TO DECLARATION OF CONDO-MINIUM RECORDED AT RECORDER'S NO. 06-597192 AND PLAT RECORDED IN BOOK 701 OF MAPS, PAGE 37 AND AMENDED IN BOOK 723 OF MAPS, PAGE 5 AND NOTICE OF CORRECTION RECORDED AT RECORDER'S NO. 06-87924, RECORDS OF MARICOPA COUNTY, ARIZONA.

TOGETHER WITH ALL RIGHTS TO THE LIMITED COMMON ELEMENTS AS DEFINED THEREIN, INCLUDING PARKING SPACE(S) P2-56, P2-58 AND STORAGE SPACE(S) S2-26 ("the property").

Further, the due date of January 15, 2015, for the taking of certain actions required by the Defendant in the Preliminary Order of Criminal Forfeiture has now passed; therefore, the terms below have been updated accordingly.

1. The real property located at 120 East Rio Salado Parkway, Unit 402, Tempe, Arizona 85281-9119, legally described as:

ASSESSORS PARCEL NO. 132-20-042

UNIT 4-02, EDGEWATER AT HAYDEN FERRY LAKESIDE, A CONDOMINIUM, ACCORDING TO DECLARATION OF CONDO-MINIUM RECORDED AT RECORDER'S NO. 06-597192 AND PLAT RECORDED IN BOOK 701 OF MAPS, PAGE 37 AND AMENDED IN BOOK 723 OF MAPS, PAGE 5 AND NOTICE OF CORRECTION RECORDED AT RECORDER'S NO. 06-87924, RECORDS OF MARICOPA COUNTY, ARIZONA.

TOGETHER WITH ALL RIGHTS TO THE LIMITED COMMON ELEMENTS AS DEFINED THEREIN, INCLUDING PARKING SPACE(S) P2-56, P2-58 AND STORAGE SPACE(S) S2-26,

is hereby forfeited in its entirety to the United States of America.

//
//

2. The United States Marshals Service ("USMS") is authorized and directed to take immediate custody and control of the property, and sell it on an expedited basis, with the net proceeds of sale forfeited to the United States.

3. The Defendant is ordered and directed to immediately vacate the property upon the signing of this order. Defendant is further directed to provide the keys, all access codes and any records relating to the forfeited property directly to the United States Marshal. If necessary, the USMS is authorized to remove the Defendant from the property forcibly without further notice or Court order.

4. The Defendant is ordered to comply with all other terms of the plea agreement.

5. Pursuant to Rule 32.2(b) and (c) and the original Preliminary Order of Criminal Forfeiture, the United States has begun proceedings pertaining to ancillary hearings and rights of third parties. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the property, in which all interests will be addressed.

6. Pursuant to Rule 32.2(b)(4), this Amended Preliminary Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: 2/06/15

HONORABLE ROGER T. BENITEZ
United States District Judge